KIRK T. KENNEDY, ESQ.
Nevada Bar No: 5032
815 S. Casino Center Blvd.
Las Vegas, NV 89101
(702) 385-5534
Attorney for Plaintiff

SCOTT M. ABBOTT, ESQ.
Nevada Bar No: 4500
JEN J. SARAFINA, ESQ.
Nevada Bar No: 9679
Kamer Zucker Abbott
3000 W. Charleston Blvd., #3
Las Vegas, NV 89102
(702) 259-8640
Attorney for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSE LANDAVERDE, Individually, | Case No: 2:14-cv-00975-RFB-CWH |
| Plaintiff, | |
| vs. | |
| COAST HOTELS AND CASINOS, INC., DOES 1-10, inclusive; ROE CORPORATIONS 1-10, inclusive, | |
| Defendants. | |

**JOINT INTERIM STATUS REPORT**

Plaintiff, above named, by and through his undersigned counsel, KIRK T. KENNEDY, ESQ., and the Defendant, above-named, by and through its undersigned counsel, SCOTT M. ABBOTT, ESQ. and JEN J. SARAFINA, ESQ., of the firm of Kamer Zucker Abbott, hereby submit the following joint interim status report in accordance with the FRCP and Local Rule 26-3:

1. Time estimated for trial: 3-5 days.  Plaintiff agrees to have the trial date set at the Court's discretion and/or on the dates proposed by the Defendant.  The Defendant proposes the following available trial dates: August 3, 10 or 17, 2015.

2. A substantial amount of discovery remains to be completed in this matter.  The parties

anticipate filing a request for an extension of discovery in this case in the event that the anticipated discovery is not completed within the time frame allotted by the joint discovery plan and scheduling order.

3. Dispositive motions: There are no dispositive motions pending at this time.  However, the parties may file dispositive motions later in the case which may affect many of the issues raised in the Complaint.  These motions may affect the length of trial in this matter, or may obviate the need for trial.

/s/Kirk T. Kennedy
KIRK T. KENNEDY, ESQ.
Nevada Bar No: 5032
815 S. Casino Center Blvd.
Las Vegas, NV 89101
(702) 385-5534
Attorney for Plaintiff

Dated: 11/12/14

/s/Scott M. Abbott
SCOTT M. ABBOTT, ESQ.
Nevada Bar No: 4500
JEN J. SARAFINA, ESQ.
Nevada Bar No: 9679
KAMER ZUCKER ABBOTT
3000 W. Charleston Blvd., Ste. 3
Las Vegas, NV 89102
(702) 259-8640
Attorney for Defendant

Dated: 11/12/14