1  KAMER ZUCKER ABBOTT
   Scott M. Abbott         #4500
2  Jen J. Sarafina         #9679
3  3000 West Charleston Boulevard, Suite 3
   Las Vegas, Nevada 89102-1990
4  Tel: (702) 259-8640
   Fax: (702) 259-8646
5  sabbott@kzalaw.com
   jsarafina@kzalaw.com
6
7  Attorneys for Defendant

8
                    **UNITED STATES DISTRICT COURT**
9
                           **DISTRICT OF NEVADA**
10
   JOSE LANDAVERDE,                )   Case No. 2:14-cv-00975-RFB-CWH
11                                 )
                   Plaintiff,      )
12                                 )
13 vs.                             )   **STIPULATION FOR DISMISSAL**
                                   )   **WITH PREJUDICE**
14 COAST HOTELS AND CASINOS, INC., )
                                   )
15                 Defendant.      )
                                   )
16 ─────────────────────────────── )

17       Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by and
18 through their respective counsel of record, hereby stipulate and request that the above-captioned
19 case be dismissed in its entirety *with prejudice*.  Each party is to bear their own attorneys' fees
20 and costs, except as otherwise agreed.
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

WHEREFORE, the parties respectfully request that this matter be dismissed *with prejudice*, with each party to bear their own costs and attorneys' fees, except as otherwise agreed.

DATED this 9th day of February, 2015.

KAMER ZUCKER ABBOTT

By: /s/ Kirk T. Kennedy
Kirk T. Kennedy     #5032
815 South Casino Center Blvd.
Las Vegas, Nevada 89101
Tel: (702) 385-5534
Fax: (702) 385-1869

Attorney for Plaintiff

By: /s/ Scott M. Abbott
Scott M. Abbott     #4500
Jen J. Sarafina     #9679
3000 West Charleston Blvd., Suite 3
Las Vegas, Nevada 89102
Tel: (702) 259-8640
Fax: (702) 259-8646

Attorneys for Defendant

**ORDER**

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 16th day of February, 2015.